No. 90–1982. JONES, MOTHER AND GUARDIAN ON BEHALF OF JONES, AN INCOMPETENT, ET AL. *v.* DAYTON BOARD OF EDUCATION ET AL. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 90–1983. PAYNE *v.* UNITED STATES; and MEDRANO-PEREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–1984. GORMAN, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF GORMAN, DECEASED *v.* LIFE INSURANCE COMPANY OF NORTH AMERICA ET AL. Sup. Ct. Tex. Certiorari denied.

No. 90–1986. JENSEN *v.* HAWES ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–6888. LOWE *v.* JUVENILE COURT IN AND FOR THE CITY AND COUNTY OF DENVER ET AL. Sup. Ct. Colo. Certiorari denied.

No. 90–7054. EATON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 90–7135. SMALL *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 90–7173. THOMAS *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 90–7286. PINKERTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7305. BRYANT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–7318. ANDERSON *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 90–7348. PHILAGIOS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.